ALBERT TONG (SBN 208439)
atong@maynardnexsen.com
JAMES J. HOCKEL (SBN 340612)
jhockel@maynardnexsen.com
MAYNARD NEXSEN LLP
201 California Street, Suite 400
San Francisco, CA 94111
Telephone:  415.704.7433
Facsimile:   205.254.1999

Attorneys for Defendant
PILOT TRAVEL CENTERS LLC
a/k/a PILOT COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUI-SHANAE MASON, | Case No. 2:25-cv-02535-AC |
| Plaintiff, | *Hon. Allison Claire* |
| v. | |
| PILOT TRAVEL CENTERS LLC; PILOT COMPANY; and DOES 1 to 50, Inclusive, | **JOINT STIPULATION TO CONTINUE PRETRIAL DEADLINES; [~~PROPOSED~~] ORDER** |
| Defendants. | Complaint:  July 14, 2025 Trial Date:  January 25, 2027 |

-1-

## **<u>STIPULATION</u>**

Plaintiff Qui-Shanae Mason ("Mason") and Defendant Pilot Travel Centers LLC ("Pilot"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on July 14, 2025, Mason filed this action in the Superior Court of the State of California for the County of Stanislaus.

WHEREAS, on September 4, 2025, Pilot removed this action from state court to federal court.

WHEREAS, the Parties consented to proceed for all purposes before a United States Magistrate Judge.

WHEREAS, on October 9, 2025, the Court entered a scheduling order in this matter, setting the following deadlines:

October 17, 2025 – Initial Disclosures

April 1, 2026 – Fact Discovery Cut-Off

March 18, 2026 – Last Day for Hearings on Motions to Compel

June 1, 2026 – Expert Disclosures

July 1, 2026 – Rebuttal Disclosures

August 14, 2026 – Expert Discovery Cut-Off

October 1, 2026 – Last Day for Law and Motion Hearings

December 2, 2026 – Final Pre-Trial Conference

January 25, 2027 – Trial

WHEREAS, the Parties are actively engaged in discovery, having completed initial disclosures and exchanged written discovery requests. However, the parties have not yet completed written discovery, which has, in turn, prevented the scheduling of depositions.

WHEREAS, the Parties have made significant progress on settlement and believe that a settlement can be completed with assistance from a neutral.

WHEREAS, a site visit has been scheduled for March 3, 2026, wherein

-2-

Plaintiff's expert witness will inspect and test the floor of the shower facility.

WHEREAS, both Parties wish to schedule a mediation prior to incurring expert witness fees and Plaintiff has agreed to re-schedule the site visit for a later date should the fact discovery deadline be continued.

WHEREAS, both Parties wish to complete written discovery and core depositions prior to mediation.

WHEREAS, both Parties have agreed upon a private mediator and are working to schedule a mediation with the agreed-upon mediator in late March or early April 2026.

WHEREAS, the current discovery cut-off date does not permit sufficient time to conduct a mediation prior to Plaintiff conducting a site visit and thereby incurring significant expert fees.

WHEREAS, the Parties agree that the pre-trial deadlines can be modified as specified below without affecting the trial date in this matter.

NOW, THEREFORE, the Parties hereby stipulate and agree that the Scheduling Order in this matter should be amended as follows:

Initial Disclosures – complete

Last Day for Hearings on Motions to Compel – ~~March 18, 2026~~ June 15, 2026

Fact Discovery Cut-Off – ~~April 1, 2026~~ July 1, 2026

Expert Disclosures – ~~June 1, 2026~~ August 1, 2026

Rebuttal Disclosures – ~~July 1, 2026~~ September 1, 2026

Expert Discovery Cut-Off – ~~August 14, 2026~~ September 15, 2026.

Last Day for Law and Motion Hearings – ~~October 1, 2026~~ November 1, 2026

Final Pre-Trial Conference – no change

Trial – no change

//

//

//

-3-

//

Dated:  February 18, 2026                    MAYNARD NEXSEN LLP

                                    By:    /s/ James J. Hockel
                                            ALBERT TONG
                                            JAMES J. HOCKEL
                                            Attorneys for Defendant
                                            PILOT TRAVEL CENTERS LLC
                                            a/k/a PILOT COMPANY


Dated:  February 18, 2026                    EISENBERG LAW GROUP

                                            /s/ Jason G. Eisenberg
                                    By:     (as authorized on 2/18/2026)
                                            JASON G. EISENBERG
                                            Attorney for Plaintiff
                                            QUI-SHANAE MASON


**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: February 19, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-4-